IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00626-BNB

MARK ALFRED MILLER,

    Applicant,

v.

WARDEN FRED E. FIGEROA, NFCF, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion to Strike Pre-Answer and Petition for Summary Judgment" filed on May 22, 2008, is DENIED. Applicant's "Motion for Extension of Time" filed on May 22, 2008, is GRANTED. Applicant shall have **sixty (60) days from the date of this minute order** to file a reply to Respondents' Pre-Answer Order.

Dated: May 23, 2008

Copies of this Minute Order mailed on May 23, 2008, to the following:

Mark Alfred Miller
Prisoner No. 92805
North Fork Corr. Facility
1605 East Main Street
Sayre, OK 73662

                                                     Secretary/Deputy Clerk